*****8425

| DESCRIPTION | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | TAX/DED. | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR PAY | 73.75 | 1310.54 | 10657.93 | FEDERAL TAX | 154.00 | 1218.00 |
| OVERTIME PAY | 2.00 | 53.31 | 734.73 | UT STATE TAX | 65.69 | 533.26 |
| PD TIME-OFF | | | 1116.05 | MEDI TAX | 19.05 | 186.44 |
| HOLIDAY PAY | | | 412.08 | OASDI TAX | 81.46 | 797.21 |
| FUNERAL PAY | | | 137.36 | 401K CMP DED | | 45.63 |
| | | | | HSA-MAX AMT | 50.00 | 200.00 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 1363.85 | 320.20 | 50.00 | 993.65 |
| 13058.15 | 2734.91 | 245.63 | 10077.61 |

HOURLY RATE - 17.7700

CDI MEDIA
2323 South 3600 West
Salt Lake City, Utah 84119
801-977-0077 FAX 801-977-0120

BANK ROUT    ACCT    TYPE   DEPT AMT
12400297     7452388536              C    993.65

03031

MAY 14 2010

PAY

NON NEGOTIABLE        ****993.65

000000586 OPTIC

TO THE
ORDER
OF

KENDRICK B HOLMAN
575 WEST 1000 NORTH
PLEASANT GROVE UT 84062

**NON-NEGOTIABLE**

STATEMENT OF EARNINGS AND DEDUCTIONS—RETAIN FOR YOUR RECORDS.

*****8425

| DESCRIPTION | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | TAX/DED. | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR PAY | 69.50 | 1235.02 | 13234.59 | FEDERAL TAX | 156.00 | 1536.00 |
| OVERTIME PAY | | | 814.70 | UT STATE TAX | 66.36 | 668.20 |
| PD TIME-OFF | | | 1116.05 | MEDI TAX | 19.25 | 225.58 |
| HOLIDAY PAY | 8.00 | 142.16 | 554.24 | OASDI TAX | 82.28 | 964.53 |
| FUNERAL PAY | | | 137.36 | 401K CMP DED | | 45.63 |
| | | | | HSA-MAX AMT | 50.00 | 300.00 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 1377.18 | 323.89 | 50.00 | 1003.29 |
| 15856.94 | 3394.31 | 345.63 | 12117.00 |

HOURLY RATE -   17.7700

CDI MEDIA
2323 South 3600 West
Salt Lake City, Utah 84119
801-977-0077 • FAX 801-977-0120

BANK ROUT   BANK ACCT   TYPE   DEP AMT
12400297    7452388536    C    1003.29

03203

JUNE 11 2010

NON NEGOTIABLE          ***1003.29

PAY

000000586 OPTIC

TO THE
ORDER
OF

KENDRICK B HOLMAN
575 WEST 1000 NORTH
PLEASANT GROVE UT 84062

**NON-NEGOTIABLE**

*****8425

| DESCRIPTION | HOURS | EARNINGS | AMOUNT | DESCRIPTION | TAX/DED. | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR PAY | 70.00 | 1243.90 | 14478.49 | FEDERAL TAX | 136.00 | 1672.00 |
| OVERTIME PAY | | | 814.70 | UT STATE TAX | 59.60 | 727.80 |
| PD TIME-OFF | | | 1116.05 | MEDI TAX | 17.31 | 242.89 |
| HOLIDAY PAY | | | 554.24 | OASDI TAX | 74.02 | 1038.55 |
| FUNERAL PAY | | | 137.36 | 401K CMP DED | | 45.63 |
| | | | | HSA-MAX AMT | 50.00 | 350.00 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 1243.90 | 286.93 | 50.00 | 906.97 |
| 17100.84 | 3681.24 | 395.63 | 13023.97 |

HOURLY RATE - 17.7700

**CDI MEDIA**
2323 South 3600 West
Salt Lake City, Utah 84119
801-977-0077 FAX 801-977-0128

BANK ROUT        BANK ACCT         TYPE     DEB AMT
12400297         7452388536           C       906.97

03288

JUNE 25 2010

PAY                    NON NEGOTIABLE                ****906.97

000000586 OPTIC

TO THE      KENDRICK B HOLMAN
ORDER       575 WEST 1000 NORTH
OF          PLEASANT GROVE UT 84062

**NON-NEGOTIABLE**

```
*****8425
DESCRIPTION           HOURS      EARNINGS     YEAR TO DATE   DESCRIPTION       TAX/DED.    YEAR TO DATE
REGULAR PAY           79.25      1408.27      17121.78       FEDERAL TAX        200.00      2006.00
OVERTIME PAY           1.00        26.66        841.36       UT STATE TAX        76.35       863.19
PD TIME-OFF                                    1116.05       MEDI TAX            22.14       282.21
HOLIDAY PAY            8.00       142.16        696.40       OASDI TAX           94.68      1206.70
FUNERAL PAY                                     137.36       401K CMP DED                     45.63
                                                             HSA-MAX AMT         50.00       450.00


     EARNINGS       TAXES       DEDUCTIONS       NET PAY
     1577.09       393.17         50.00         1133.92
    19912.95      4358.10        495.63        15059.22

                                                       HOURLY RATE -    17.7700
```

CDI MEDIA
2323 South 3600 West
Salt Lake City, Utah 84119
801-977-0077 FAX 801-977-0128

03458

BANK ROUT        BANK ACCT       TYPE     DEP AMT
12400297         7452388536       C       1133.92

JULY 23 2010

PAY                              NON NEGOTIABLE         ***1133.92

000000586 OPTIC

TO THE
ORDER    KENDRICK B HOLMAN
OF       575 WEST 1000 NORTH
         PLEASANT GROVE UT 84062

**NON-NEGOTIABLE**

STATEMENT OF EARNINGS AND DEDUCTIONS–RETAIN FOR YOUR RECORDS.

*****8425

| DESCRIPTION | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | TAX/DED. | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR PAY | 69.50 | 1235.02 | 15713.51 | FEDERAL TAX | 134.00 | 1806.00 |
| OVERTIME PAY | | | 814.70 | UT STATE TAX | 59.04 | 786.84 |
| PD TIME-OFF | | | 1116.05 | MEDI TAX | 17.18 | 260.07 |
| HOLIDAY PAY | | | 554.24 | OASDI TAX | 73.47 | 1112.02 |
| FUNERAL PAY | | | 137.36 | 401K CMP DED | | 45.63 |
| | | | | HSA-MAX AMT | 50.00 | 400.00 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 1235.02 | 283.69 | 50.00 | 901.33 |
| 18335.86 | 3964.93 | 445.63 | 13925.30 |

HOURLY RATE -   17.7700



CDI MEDIA
2323 South 3600 West
Salt Lake City, Utah 84119
801-977-0077 • FAX 801-977-0120

BANK ROUT   BANK ACCT         TYPE   DED AMT
12400297    7452388536          C      901.33

03373

JULY 09 2010

PAY

NON NEGOTIABLE

****901.33

000000586 OPTIC

TO THE
ORDER
OF

KENDRICK B HOLMAN
575 WEST 1000 NORTH
PLEASANT GROVE UT 84062

**NON-NEGOTIABLE**

*****8425

| DESCRIPTION | HOURS | EARNINGS | | DESCRIPTION | TAX/DED. | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR PAY | 74.75 | 1328.31 | 18450.09 | FEDERAL TAX | 176.00 | 2182.00 |
| OVERTIME PAY | .50 | 13.33 | 854.69 | UT STATE TAX | 71.69 | 934.88 |
| PD TIME-OFF | | | 1116.05 | MEDI TAX | 20.79 | 303.00 |
| HOLIDAY PAY | 8.00 | 142.16 | 838.56 | OASDI TAX | 88.90 | 1295.60 |
| FUNERAL PAY | | | 137.36 | 401K CMP DED | | 45.63 |
| | | | | HSA-MAX AMT | 50.00 | 500.00 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 1483.80 | 357.38 | 50.00 | 1076.42 |
| 21396.75 | 4715.48 | 545.63 | 16135.64 |

HOURLY RATE -   17.7700

CDI MEDIA
2323 South 3600 West
Salt Lake City, Utah 84119
801-977-0077  FAX 801-977-8120

BANK ROUT        BANK ACCT           TYPE   DEP AMT
12400297        7452388536            C     1076.42

03542

AUG. 06 2010

PAY                   NON NEGOTIABLE              ***1076.42

000000586 OPTIC

TO THE        KENDRICK B HOLMAN
ORDER         575 WEST 1000 NORTH
OF            PLEASANT GROVE UT 84062

**NON-NEGOTIABLE**

*****8425

| DESCRIPTION | HOURS | EARNINGS | EAR TO DATE | DESCRIPTION | TAX/DED. | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR PAY | 61.75 | 1097.30 | 19547.39 | FEDERAL TAX | 114.00 | 2296.00 |
| OVERTIME PAY | | | 854.69 | UT STATE TAX | 50.36 | 985.24 |
| PD TIME-OFF | | | 1116.05 | MEDI TAX | 15.19 | 318.19 |
| HOLIDAY PAY | | | 838.56 | OASDI TAX | 64.93 | 1360.53 |
| FUNERAL PAY | | | 137.36 | 401K CMP DED | | 45.63 |
| | | | | HSA-MAX AMT | 50.00 | 550.00 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 1097.30 | 244.48 | 50.00 | 802.82 |
| 22494.05 | 4959.96 | 595.63 | 16938.46 |

HOURLY RATE -   17.7700

CDI MEDIA
2323 South 3600 West
Salt Lake City, Utah 84119
801-977-0077 • FAX 801-977-0120

BANK ROUT       ACCT        TYPE    DEP AMT
12400297    7452388530        C     802.82

03626

AUG. 20 2010

PAY                        NON NEGOTIABLE              ****802.82

000000586 OPTIC

TO THE      KENDRICK B HOLMAN
ORDER       575 WEST 1000 NORTH
OF          PLEASANT GROVE UT 84062

**NON-NEGOTIABLE**

STATEMENT OF EARNINGS AND DEDUCTIONS–RETAIN FOR YOUR RECORDS.

*****8425  HOLMAN KENDRICK B

| DESCRIPTION | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | TAX/DED. | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR PAY | 54.50 | 968.47 | 20515.86 | FEDERAL TAX | 92.00 | 2388.00 |
| OVERTIME PAY | | | 854.69 | UT STATE TAX | 41.03 | 1026.27 |
| PD TIME-OFF | | | 1116.05 | MEDI TAX | 13.32 | 331.51 |
| HOLIDAY PAY | | | 838.56 | OASDI TAX | 56.95 | 1417.48 |
| FUNERAL PAY | | | 137.36 | 401K CMP DED | 19.36 | 64.99 |
| | | | | HSA-MAX AMT | 50.00 | 600.00 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 968.47 | 203.30 | 69.36 | 695.81 |
| 23462.52 | 5163.26 | 664.99 | 17634.27 |

HOURLY RATE - 17.7700

CDI MEDIA
2323 South 3600 West
Salt Lake City, Utah 84119
801-977-0077 FAX 801-972-0120

BANK ROUT  CHECK ACCT       DEP AMT
12400297   7452388536        695.81

03710

SEP. 03 2010

PAY    NON NEGOTIABLE    ****695.81

000000586 OPTIC

TO THE ORDER OF
KENDRICK B HOLMAN
575 WEST 1000 NORTH
PLEASANT GROVE UT 84062

**NON-NEGOTIABLE**

STATEMENT OF EARNINGS AND DEDUCTIONS–RETAIN FOR YOUR RECORDS.

*****8425

| DESCRIPTION | HOURS | EARNINGS | YEAR TO DATE | DESCRIPTION | TAX/DED. | YEAR TO DATE |
|---|---|---|---|---|---|---|
| REGULAR PAY | 63.75 | 1132.84 | 21648.70 | FEDERAL TAX | 137.00 | 2525.00 |
| OVERTIME PAY | | | 854.69 | UT STATE TAX | 59.95 | 1086.22 |
| PD TIME-OFF | | | 1116.05 | MEDI TAX | 17.76 | 349.27 |
| HOLIDAY PAY | 8.00 | 142.16 | 980.72 | OASDI TAX | 75.95 | 1493.43 |
| FUNERAL PAY | | | 137.36 | 401K CMP DED | 25.50 | 90.49 |
| | | | | HSA-MAX AMT | 50.00 | 650.00 |

| EARNINGS | TAXES | DEDUCTIONS | NET PAY |
|---|---|---|---|
| 1275.00 | 290.66 | 75.50 | 908.84 |
| 24737.52 | 5453.92 | 740.49 | 18543.11 |

HOURLY RATE - 17.7700

CDI MEDIA
2323 South 3600 West
Salt Lake City, Utah 84119
801-977-0077  FAX 801-977-0120

BANK ROUT  BANK ACCT  TYPE  DEP. AMT
12400297   7452380550   C    908.84

03793

SEP. 17 2010

PAY

000000586  OPTIC

NON NEGOTIABLE

****908.84

TO THE
ORDER
OF

KENDRICK B HOLMAN
575 WEST 1000 NORTH
PLEASANT GROVE UT 84062

**NON-NEGOTIABLE**

```
                         STATEMENT OF EARNINGS AND DEDUCTIONS-RETAIN FOR YOUR RECORDS
*****8425
  DESCRIPTION          HOURS        EARNINGS      YEAR TO DATE  DESCRIPTION      TAX/DED.      YEAR TO DATE
REGULAR PAY            75.25        1337.19       22985.89      FEDERAL TAX      182.00        2707.00
OVERTIME PAY            7.50         199.91        1054.60      UT STATE TAX      72.82        1159.04
PD TIME-OFF                                        1116.05      MEDI TAX          21.56         370.83
HOLIDAY PAY                                         980.72      OASDI TAX         92.20        1585.63
FUNERAL PAY                                         137.36      401K CMP DED      30.74         121.23
                                                                HSA-MAX AMT       50.00         700.00


      EARNINGS          TAXES       DEDUCTIONS      NET PAY
       1537.10          368.58         80.74        1087.78
      26274.62         5822.50        821.23       19630.89

                                                          HOURLY RATE -   17.7700
```



CDI MEDIA
2323 South 3600 West
Salt Lake City, Utah 84119
801-977-0077 FAX 801-977-0120

```
BANK ROUT       BNK ACCT          TYPE      DEP AMT                              03876
12400297       7452388536          C        1087.78

                                                                          OCT. 01 2010
PAY

  000000586 OPTIC              NON NEGOTIABLE                             ***1087.78


TO THE    KENDRICK B HOLMAN
ORDER     575 WEST 1000 NORTH
 OF       PLEASANT GROVE UT 84062
```

**NON-NEGOTIABLE**